ACCEPTED
06-14-00139-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/18/2015 3:32:18 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/18/2015 3:32:18 PM

DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| DONNY JOE CURRY | § | |
| APPELLANT | § | |
| | § | |
| V. | § | Nos. 06-14-00139-CR |
| | § | 06-14-00140-CR |
| THE STATE OF TEXAS, | § | 06-14-00141-CR |
| APPELLEE | § | 06-14-00142-CR |

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

COMES NOW, The State of Texas, by and through the Criminal District Attorney Pro Tem of Hunt County, Greg Willis, and tenders, pursuant to Texas Rule of Appellate Procedure 38.6(d), this motion for an extension of time to file the State's brief. In support of this motion, the State would show the following:

### I.

The Court below is the County Court at Law No. 1 of Hunt County. The style and numbers of these cases in the court below is The State of Texas v. Donny Joe Curry, CR1301508, CR1301628, CR1301627, and CR1301625.

1

## II.

Appellant was convicted of resisting arrest, failure to maintain financial responsibility, failure to secure and/or display proof of motor vehicle inspection, and failure to identify and sentenced to 275 days confinement.

## III.

The State's brief is due on February 23, 2015. The State requests that it be granted an extension until March 24, 2015. The State has not previously requested an extension of time in these cases.

## IV.

The case is not yet set for submission.

## V.

Counsel has substantial day to day management duties as chief of the misdemeanor trial division and Second Assistant of the Collin County District Attorney's Office. These include management and supervision of sixteen young prosecutors, six investigators, three legal secretaries, and eleven interns, making personnel and hiring decisions, coordinating with the elected district attorney on numerous office and county related projects, and conducting training on various legal issues both internally and to law enforcement agencies county wide. Attorneys under Counsel's supervision have conducted twenty jury trials and 10 trials by court since being assigned

this appeal on January 23, 2015. In addition, the State was unable to obtain the clerk's and reporter's records in the instant case from Hunt County until January 30, 2015. Counsel is currently the only attorney deputized by the elected district attorney pro tem for Hunt County to act in this matter.

## VI.

Appellant received two extensions of time to file his brief totaling approximately 60 days. Counsel has conferred with opposing counsel, Mr. Jason Duff on February 18, 2015, and he has indicated that he does not oppose this request for an extension of time.

WHEREFORE, premises considered, the State respectfully requests that the court grant an extension of time for the State to file its brief until March 24, 2015.

Respectfully submitted,

/s/ Claire D. Miranda
Claire D. Miranda
Assistant District Attorney
Special Prosecutor
State Bar No. 24037121
2100 Bloomdale Rd., Ste. 200
McKinney, Texas 75071
(972) 548-4323
(214) 491-4860

## CERTIFICATE OF SERVICE

A true copy of this First Motion for Extension of Time to File the State's Brief was electronically served on counsel for Appellant, Jason Duff, jasonaduff@gmail.com on February 18, 2015.

/s/ Claire D. Miranda
Claire D. Miranda